

FILED
CLERK, U.S. DISTRICT COURT
MAR - 5 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Juan Flores<br><br>Defendant. | Case No. CR 11 - 00050<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **Defendant absconded**

1  from supervision and whereabouts have been unknown since
2  Dec. 2017. Defendant also has a failure to appear with
3  the DMV. Proffered bail is not sufficient to establish clear and convincing evidence.
4     and/or
5  B.  ☒  The defendant has not met his/her burden of establishing by clear and
6       convincing evidence that he/she is not likely to pose a danger to the safety of
7       any other person or the community if released under 18 U.S.C. § 3142(b) or
8       (c). This finding is based on: Defendant is a danger based
9       of his prior record and alleged drug use.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/5/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2